# SUPREME COURT OF FLORIDA

Provided To: _____
On: 4/18/23
For mailing by: DC

SC22-1580

THURSDAY APRIL 6, 2023

VS.

WILLIAM J. MORRA,
DEFENSE COUNSEL PRO SE'
ATTORNEY OF LAW OF RECORD 9-3-22
C.F.R.C. EAST UNIT G1-139S
7000 H.C. KELLEY ROAD,
ORLANDO, FLORIDA
32831-2518

**PLAINTIFF,**

LT. CASE NO. 492019CF001226
42-15-21-1-14-22
FINAL ORDER DISCHARGE IN ITS ENTIRETY,
MONIQUE WORRELL, ET AL
KEITH A. CARSTEN, ET AL
OSCEOLA COUNTY COURTHOUSE
2 COURTHOUSE SQUARE
KISSIMMEE, FLORIDA 34741
REVIEW 12-15-21 TO 1-14-22
"30 DAYS 492019CF00126, 492021CF00691"
"LEGAL AND BINDING AS A MATTER OF LAW"
**DEFENDANT,**

CERTIFIED CONFLICT OF LAW, 12-15-21 TO 1-14-22 LEGAL & BINDING IN ITS ENTIRETY; VIOLATION OF DUE PROCESS OF LAW, CANNOT STRIKE ANY LEGAL LEGAL PROCEEDINGS TO VIOLATE "NO JURISDICTION" TO LODGE WARRANT ON 1-19-22 FINAL JUDGMENT, PRIOR ON 12-15-21 TO 1-14-22 STANDS LEGALLY IN ITS ENTIRETY; STANDS AS A MATTER OF LAW IN ITS ENTIRETY; "1-19-22 FALSELY ARRESTED", "FALSE IMPRISONMENT", "CONSPIRACY", "OBSTRUCTION OF JUSTICE", "OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE" "NO LAWFUL AUTHORITY" "TO STRIKE A LEGAL AND BINDING JUDGMENT", FEDERAL OFFENSE OFFICIAL TAMPERING WITH ORIGINAL PROCEEDINGS, ARREST KEITH A CARSTEN HE'S A HE'S A FUGITIVE FROM JUSTICE 100% ACCURATE, CAREER CRIMINAL IN ITS ENTIRETY

COMES NOW, THE PLAINTIFF, WILLIAM J. MORRA, IN PROPER PERSONA, RESPECTFULLY, MOVES THIS HONORABLE COURT TO RELEASE MR. MORRA FROM THIS CONTINUED UNLAWFUL CONDITIONS, CRUEL AND UNUSUAL PUNISHMENTS, AND "NO COLOR OF LAW" "NO JURISDICTION" FROM 12-15-21 TO 1-14-22 ON THE "NO BILL" "NOLLE' PROSSED" TWO CASES 492019CF001226 AND 492021CF00691 BY THE ASSISTANT STATE ATTORNEY LAURA DEMERS, LEGAL & BINDING — JUDGE KEITH A. CARSTEN IS A FUGITIVE FROM JUSTICE FOR HIS CRIMINAL ACTS WITHOUT ANY "COLOR OF LAW" IS SUBJECT TO ARREST, AND REMAINS A FUGITIVE FROM JUSTICE, UNTIL THE FEDERAL MARSHALLS BRING HIM IN, UNDER PENALTY OF PERJURY, I WILLIAM J. MORRA JR PRESS CHARGES AGAINST KEITH A. CARSTEN A FUGITIVE FROM JUSTICE, TO BE ARRESTED IMMEDIATELY FORTHWITH FOR STRIKING MY WIN, AND FRAUDULENTLY, CHARGING THIS DEFENSE COUNSEL UNLAWFULLY "NO COLOR OF LAW" FOR AN ARREST 5 DAYS LATER AFTER MY FINAL JUDGMENT, WHICH IS "LEGAL AND BINDING" FROM 12-15-21 TO 1-14-22 30 DAYS FINAL ORDER LOCKED IN, WHO IN THEIR RIGHT MIND WOULD PLEA OUT TO "NO BILL" "NOLLE' PROSSED" TWO CASES BY LAURA DEMERS, ASSISTANT STATE ATTORNEY LEGALLY SIGNED OFF ON BOTH CASES. THIS UNLAWFUL TIME IN PRISON AFTER A WIN PUNISHABLE BY 15 MONTHS OF "NO COLOR OF LAW" NOR "ANY SUBJECT MATTER JURISDICTION", "NO PROBABLE CAUSE" "WHATSOEVER", ITS OVER!!

**OATH**

UNDER PENALTY OF PERJURY, ALL OF THE ABOVE IS TRUE CORRECT AND CORRECT, AND COMPLETE, IN ITS ENTIRETY; BENCH WARRANT FOR KEITH A. CARSTEN, ORDERS FROM MONIQUE WORRELL ARREST HER TOO, THE DYNAMIC DUO CRIMINALS AT LARGE FUGATIVES FROM JUSTICE I'M CHARGING BOTH OF THEM, IN ITS ENTIRETY

SUPREME COURT OF FLORIDA
SC 22-1580
THURSDAY, APRIL 6, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, ALL OF THE ABOVE IS TRUE CORRECT AND COMPLETE NOBODY IS GOING TO PLEA BARGAIN FOR A WIN FOR THE STATE FOR MR. MORRA, BE UNLAWFULLY DETAINED THE STATE OF FLORIDA BY THE LETTER OF THE LAW LAURA DEMERS ASSISTANT STATE ATTORNEY WITH FULL LAWFUL AUTHORITY, SIGNED OFF ON BOTH CASES AND THE JUDGE KEITH A. CARSTEN, LAWFULLY PERMANENTLY RELEASED MR. MORRA FROM THESE UNLAWFUL CASES AND NOW, FROM 1-14-22 FORWARD ON 1-19-22 FALSELY ARRESTED "NO COLOR OF LAW" NOR "ANY SUBJECT MATTER JURISDICTION TO FALSELY PROCEED WITH ALL THESE UNLAWFUL PROCEEDINGS FRAUDULENTLY AGAINST MR. MORRA WHO DOES THIS? ITS A FEDERAL CRIME FOR THE JUDICIARY TO SUBJECT AN INNOCENT MAN, FOR "NO PROBABLE CAUSE" "WHATSOEVER," "A FOREMAN FOR 10 YEARS, IS UNHEARD OF, IND. TREE SERVICES LLC. FOR THE PAST DECADE, AS A MATTER OF LAW AND FACTS OF THIS CASE 12-15-21 TO 1-14-22 IS "LEGAL AND BINDING" RELEASE MR. MORRA IMMEDIATELY THIS JUDGMENT CAME IN FIRST LEGALLY 30 DAYS FINAL ORDER, IS "WIN" REVIEWABLE FINAL ORDER OF LAW.....

## RELIEF SOUGHT

REINSTATE MY LAWFUL WIN ON 12-15-21 TO 1-14-22 30 DAYS "WIN" FINAL JUDGMENT BEFORE, "THIS UNLAWFUL" "WARRANT" WITH "NO COLOR OF LAW" "NO LAWFUL AUTHORITY" "NOR" "ANY SUBJECT MATTER JURISDICTION" ALL OF THESE PROCEEDINGS AS FOLLOWS: ARE "NULL & VOID" "NO JURISDICTION" "IN ANY" "SHAPE" "FORM" "OR" "FASHION" "1-19-22" FALSE ARREST "NO COLOR OF LAW" "5-24-22" "NO JURISDICTION" "10-20-22" "NO JURISDICTION" 12-1-22" "NO JURISDICTION" ALL OF THESE PROCEEDINGS, WERE FRAUDULENTLY RUN UNLAWFULLY WITH "NO COLOR OF LAW" NOR "ANY JURISDICTION" "WHATSOEVER" IN ANY SHAPE, FORM OR FASHION "IMMEDIATELY RELEASE MR. WILLIAM J. MORRA, PRO SE TODAY. AS A MATTER OF LAW

RESPECTFULLY SUBMITTED,
William J. Morra PRO SE'
AFFIANT PLAINTIFF

MAILBOX RULE INVOKED,
12-15-21 TO 1-14-22
FINAL ORDER 30 DAYS.
DEFENSE WIN IN ITS ENTIRETY
LEGAL & BINDING AS A MATTER OF LAW,